# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA IZADBAKHSH,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-0902-BAS-AHG<br><br>**ORDER CLOSING CASE**<br><br>**(ECF No. 6)** |

　　　Before the Court is the parties' joint motion to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Joint Mot. ECF No. 6.)

　　　Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by, *inter alia*, filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of such notice, and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766, at *1 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise.

　　　Because Defendant has yet to respond to Plaintiff's Petition, the parties need not seek permission from this Court to dismiss the instant action. *See* Fed. R. Civ. 41(a)(1)(B).

Accordingly, the Court construes the Joint Motion as a Notice of Dismissal, **DISMISSES WITH PREJUDICE** the instant action, and **DIRECTS** the Clerk of Court to close this matter.  (ECF No. 6.)

**IT IS SO ORDERED.**

**DATED: January 3, 2023**

Hon. Cynthia Bashant
United States District Judge